COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-110-CV

IN THE INTEREST OF L.A.N., A CHILD
 

----------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant's Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  GARDNER, DAUPHINOT, and WALKER, JJ.  

DELIVERED:  November 19, 2009  

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.